# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | CRIMINAL NO. 25-037 (ADC) |
| WELINTHON ANTON PÉREZ, aka: "Wellington Antonio Perez", "Wellinthon Perez", "Willington Antonio Perez", "Daniel Julio Roa-Rodriguez", "Wilinthon Antonio Pérez" <br> Defendant | VIOLATION: <br> 8 U.S.C. §§ 1326(a) & (b)(1) <br> (ONE COUNT) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Re-entry of Removed Alien
### (Title 8, *United States Code*, Section 1326(a) & (b)(1))

On or about January 22, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### WELINTHON ANTON PÉREZ,

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States after a felony conviction, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Sections 1326(a) and (b)(1).

W. STEPHEN MULDROW
United States Attorney

Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Steven Liong-Rodriguez
Special Assistant United States Attorney

TRUE BILL

Foreperson
Dated: 1-29-2025